[Nos. 32400-8-II; 32490-3-II.  Division Two.  April 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL STEWART RAWSON, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 03-1-00182-3 and 03-1-00590-1, Bryan E. Chushcoff and Kathryn J. Nelson, JJ., entered January 20 and November 12, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 32536-5-II.  Division Two.  April 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SANTANA OCAMPO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03985-5, James R. Orlando, J., entered November 19, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Van Deren, JJ.

[No. 32600-1-II.  Division Two.  April 18, 2006.]

WESTERN STATES PAVING COMPANY, *Appellant,* v. PEASE & SONS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-11205-8, John A. McCarthy, J., entered November 16, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.